UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 07-402 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| CHADWICK EDWARD ASHEIM, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Offense charged</u>:     Bank Robbery

<u>Date of Detention Hearing</u>:     Initial Appearance, August 23, 2007

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.     Defendant is charged by Complaint with one count of Bank Robbery. At the time of his arrest, defendant was on absconder status from the Pioneer Fellowship House where he is

alleged to have escaped following a confrontation with staff.  A supervised release violation is pending.

    2.    Defendant's criminal history includes a prior bank robbery, and a prior escape from a halfway house in 2006.  He is reported to have mental health and substance abuse issues.

    3.    Defendant poses a risk of nonappearance based on a history of escape, his status on federal supervision for bank robbery, his use of illegal substances, his history of failing to comply with supervision and his mental health status.  He poses a risk of danger due to use of illegal substances, his mental health status, his criminal history and the nature of the current charges.

    4.    There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

    (1)    Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

    (2)    Defendant shall be afforded reasonable opportunity for private consultation with counsel;

    (3)    On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of

DETENTION ORDER    15.13
18 U.S.C. § 3142(i)    Rev. 1/91
PAGE 2

01 an appearance in connection with a court proceeding; and

02 (4) The clerk shall direct copies of this Order to counsel for the United States, to

03 counsel for the defendant, to the United States Marshal, and to the United States

04 Pretrial Services Officer.

05 DATED this 23rd day of August, 2007.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 3

15.13
Rev. 1/91